## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | March 3, 2020 |
| **TIME:** | 11:00 A.M. |
| **DOCKET NUMBER(S):** | CV-19-6268 (RRM) |
| **NAME OF CASE(S):** | **AUTRONIC PLASTICS, INC. V. APOGEE LIGHTING, INC. ET AL.** |
| **FOR PLAINTIFF(S):** | Maier, Tempesta, Faragi |
| **FOR DEFENDANT(S):** | David |
| **NEXT CONFERENCE(S):** | **JUNE 30, 2020 AT 11:00 A.M., IN-PERSON** |
| **FTR/COURT REPORTER:** | 11:08 - 11:48 |

**RULINGS FROM INITIAL CONFERENCE:**

The Court sets the following discovery deadlines:

Deadline for completion of Rule 26(a) initial disclosures - 3/20/20; Disclosure of Asserted Clams and Infringement Contentions - 4/7/20; Invalidity Contentions - 5/12/20;  Completion of Phase I discovery - 5/12/20; Deadline for motions to join new parties or amend pleadings - 6/18/20; Parties to exchange list of claim terms that they believe require construction - 6/23/20; First requests for production of documents and interrogatories due by - 6/30/20; Parties shall exchange proposed constructions of the terms that need to be construed - 8/7/20; Parties shall file Joint Disputed Claim Terms Chart - 8/14/20; Parties' claim construction motions shall be fully briefed and filed by 9/28/20; All fact discovery to be completed by 10/30/20; Final Infringement Contention Due - 11/5/20; Final Invalidity Contentions Due - 11/12/20; Exchange of initial expert reports - 11/23/20; Exchange of rebuttal expert reports - 12/21/20; Expert depositions completed by - 1/29/21; All discovery completed by - 1/29/21; Final date to take first step in dispositive motion practice - 2/19/21.

An in-person settlement conference will be held on June 30, 2020 at 11:00 a.m.  Parties are to submit their respective settlement positions via ex parte electronic filing no later than June 27, 2020.  Counsel are to refer to the Settlement Section of this Court's Individual Rules in preparation for the conference.