**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AUTRONIC PLASTICS, INC. D/B/A CLEAR-VU LIGHTING,<br><br>Plaintiff,<br><br>v.<br><br>APOGEE LIGHTING, INC., APOGEE TRANSLITE, INC., APOGEE LIGHTING HOLDINGS, LLC, and LYNNE B. ENTERPRISES INC.<br><br>Defendants. | LEAD CASE<br><br>ECF case<br><br>Civil Action No. 2:19-CV-06268-MKB-ST<br><br>Margo K. Brodie, U.S.D.J.<br>Steven L. Tiscione, U.S.M.J.<br><br>**JURY TRIAL DEMANDED** |
| APOGEE LIGHTING HOLDINGS, LLC, and LYNNE B. ENTERPRISES INC.,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>AUTRONIC PLASTICS, INC. D/B/A CLEAR-VU LIGHTING,<br><br>Counterclaim Defendant. | |
| AUTRONIC PLASTICS, INC. D/B/A CLEAR-VU LIGHTING,<br><br>Plaintiff,<br><br>v.<br><br>SMALLS ELECTRICAL CONSTRUCTION, INC.<br><br>Defendants. | CONSOLIDATED CASE<br><br>ECF case<br><br>Civil Action No. 1:20-CV-00470-MKB<br><br>**JURY TRIAL DEMANDED** |

**JOINT CLAIM CONSTRUCTION CHART**

Pursuant to the Scheduling Order entered on March 5, 2020 (Dkt. 38) and EDNY Local Patent Rule 11, Plaintiff Autronic Plastics, Inc. d/b/a Clear-Vu Lighting ("Clear-Vu" or "Plaintiff") and Defendants Apogee Lighting, Inc., Apogee Translite, Inc., Apogee Lighting Holdings, LLC, and Lynne B. Enterprises Inc. ("Apogee") and Defendant Smalls Electrical Construction, Inc. ("Smalls") (collectively, "Defendants") hereby submit this Joint Claim Construction Chart in connection with the asserted patents in this case: U.S. Patent No. 9,909,748 (the "'748 Patent"), U.S. Patent No. 10,190,760 (the "'760 Patent"), and U.S. Patent No. 9,625,139 (the "'139 Patent").

The terms for construction are listed in the chart attached as Exhibit 1.

Date: August 14, 2020

/s/ Robert L. Maier
Robert L. Maier
robert.maier@bakerbotts.com
Jennifer C. Tempesta
jennifer.tempesta@bakerbotts.com
Eric J. Faragi
eric.faragi@bakerbotts.com
Aaron H. Jagoda
aaron.jagoda@bakerbotts.com
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
Tel: (212) 408-2500

*Attorneys for Plaintiff Autronic Plastics, Inc. d/b/a Clear-Vu Lighting*

/s/ Jonathan A. David
Alexander Solo (#4621645)
Gregory S. Gewirtz (pro hac vice)
Jonathan A. David (pro hac vice)
LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP
20 Commerce Drive
Cranford, NJ 07016
Tel: 908.654.5000
Fax: 908.654.7866
asolo@lernerdavid.com
ggewirtz@lernerdavid.com
jdavid@lernerdavid.com
litigation@lernerdavid.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2020, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

/s/ Robert L. Maier
Robert L. Maier
BAKER BOTTS L.L.P.

*Attorney for Plaintiff Autronic Plastics, Inc.d/b/a Clear-Vu LIghting*